AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br>(12) Stacy James Smith<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 3:18CR10 |

FILED
CHARLOTTE, NC

MAR - 5 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Stacy James Smith,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1029(b)(2): Access Device Fraud Conspiracy

Date: 5/16/18

City and state: CHARLOTTE, NORTH CAROLINA

*Issuing officer's signature*

FRANK G. JOHNS, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 5/17/2018, and the person was arrested on *(date)* 02/28/19
at *(city and state)* Gastonia, NC.

Date: 02/28/19

*Arresting officer's signature*

Nathan C. Peachy, Special Agent
*Printed name and title*

Case: 3:18-cr-00010-RJC-DSC   Document 115   Filed 05/16/2018   Page 1 of 1
Case 3:18-cr-00010-RJC-DSC   Document 289   Filed 03/05/19   Page 1 of 1